OFT (8/8/08)

# UNITED STATES BANKRUPTCY COURT
### District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 4, 2009

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Jerzy G. Hirny**
  *Other names used by debtor:* George J. Hirny
Debtor(s)

Case No. **05−31091−elp7**

ORDER AND NOTICE OF
TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. *DEADLINE* **to File a Proof of Claim: (NOTE:** *Use form ENCLOSED with this Notice!!)* **6/4/09** for all creditors, except governmental units who must file by the later of either **6/4/09** or within 180 days after date relief ordered. Your claim must be *received* by the bankruptcy clerk's office by this deadline!

2. Your claim form must be served on the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204 for filing.

3. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**NOTES: (a) DO NOT FILE A CLAIM IF THE SAME ONE HAS ALREADY BEEN FILED IN THIS CASE! (b) A claim may be filed after the stated deadline, but unless it is a priority claim it probably will be treated as late and therefore paid after timely claims (also see LBR 3001−1). (c) THIS MAY BE YOUR ONLY NOTICE TO FILE A CLAIM!**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILE CLAIM FORM ON NEXT PAGE WITH:**

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* \* \* **SEE NEXT PAGE** \* \* \*